In the Matter of FRANK W. ECKELS, as Executor of FRANK ELLER, Deceased, Respondent, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Appellants.

(Argued October 4, 1934; decided October 23, 1934.)

546

 

*Paul Windels, Corporation Counsel (Paxton Blair* of counsel), for appellants. .

*Benjamin T. Cooke* and *Millard E. Theodore* for respondent.

*Per Curiam.* The determination of the Board of Standards and Appeals was within its sound discretion and not arbitrary.

The order of the Appellate Division should be reversed and the determination of the Board of Standards and Appeals denying a variance reinstated, with costs.

POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ., concur.

Order reversed, etc.